IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:24-CV-029-KDB-DCK

| | |
|---|---|
| TIGRA USA, INC., BRYCE HOLDER, CPA, PC, and BRYCE HOLDER, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ORDER |
| THE HANOVER INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Christopher J. Derrenbacher, concerning Darcy L. Ibach, on January 30, 2024. Darcy L. Ibach seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. Darcy L. Ibach is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: January 30, 2024

David C. Keesler
United States Magistrate Judge